**EASTERN DIVISION**

| | | |
|---|---|---|
| **SALVATORE PALMA, JR.,** individually and as administrator of the Estate of **Vincent Dominic Palma,** *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 1:18-CV-294 |
| v. | ) ) ) | **JUDGE DAN A. POLSTER** |
| **MATTHEW JOHNS,** *et al.*, | ) ) ) | **JUDGMENT ENTRY** |
| Defendants. | ) | |

For the reasons stated in the Memorandum of Opinion and Order filed contemporaneously with this Judgment Entry, and pursuant to Federal Rule of Civil Procedure 58, it is hereby ORDERED, ADJUDGED, AND DECREED that the above-captioned case is hereby terminated and dismissed as final.

**IT IS SO ORDERED.**

                                                */s/ Dan Aaron Polster March 2, 2021*
                                                **Dan Aaron Polster**
                                                **United States District Judge**