IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| SALVATORE PALMA, JR., individually and as administrator of the Estate of Vincent Dominic Palma, *et al.*, | ) ) ) ) | CASE NO. 1:18-cv-00294 JUDGE DAN AARON POLSTER |
| Plaintiffs, | ) ) | MINUTES AND ORDER |
| v. | ) ) | |
| DEPUTY MATTHEW JOHNS, *et al.*, | ) ) | |
| Defendants. | ) | |

On May 18, 2023, the Court held a status conference via Zoom. In attendance were plaintiffs' counsel, Michael Lerner, Richard Perez, Gregg Garfinkel, and Leslie Johns; defense counsel, Tim Reid; and a court reporter. Clients were not present even though the Court ordered their presence. During the conference, plaintiffs requested to postpone the trial. Total time was 9 minutes.

On September 30, 2022, the Court issued the civil jury trial order (ECF Doc. 64) and scheduled the trial for June 5-12, 2023. The Court originally granted the parties ten hours to present their case. ECF Doc. 64, p. 1. During the April 19, 2023 status conference, the Court granted each side an additional two hours, so the parties would have twelve hours to present their case. Prior to today's status conference, plaintiffs requested one and a half additional days for trial. The Court granted the parties one additional trial day and split the time evenly between the parties. Plaintiffs received three extra hours and defendants received three extra hours. Accordingly, each side would have fifteen hours.

At the conference, plaintiffs notified the Court that even with this additional time, it was

1

not enough.  Plaintiffs requested to postpone the trial.  Plaintiffs' counsel stated that they consulted with their clients, and they consented to postponing the trial.

The Court <u>GRANTS</u> plaintiffs' request to postpone the trial and <u>ORDERS</u> the parties to take the following action:

1. Plaintiffs and defendants will depose the other side's expert witnesses;

2. Plaintiffs and defendants will revise the jury instructions and verdict forms, with the Court's law clerks' assistance;

3. After completing the above tasks, the parties will submit a joint status report.  The status report will list the number of *total days of testimony* the parties need to try this case.

The Court will schedule the trial only after it receives the joint status report reflecting that the parties have completed the above tasks.

Date: May 18, 2023

<u>/s/ Dan Aaron Polster</u>
Dan Aaron Polster
United States District Judge
