**FILED**

7:30 pm Nov 29 2023

Clerk U.S. District Court
Northern District of Ohio
Cleveland

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SALVATORE PALMA, JR., individually and as administrator of the Estate of Vincent Dominic Palma, *et al.*, | CASE NO. 1:18-cv-00294 |
| Plaintiffs, | JUDGE DAN AARON POLSTER |
| v. | **DISMISSAL ORDER** |
| DEPUTY MATTHEW JOHNS, *et al.*, | |
| Defendants. | |

On November 29, 2023, the Court engaged the parties in mediation and they reached a resolution of the captioned case. The case is dismissed with prejudice with each party to bear their own costs. The Court retains jurisdiction to ensure that the settlement agreement is executed.

Notice by the Clerk of Courts is hereby waived.

Dated: November 29, 2023

_____
United States District Judge

_____
Plaintiff

_____
Counsel for Plaintiff

_____
Defendant

_____
Counsel for Defendant

1